PER CURIAM.
We affirm the trial court’s Order denying Church & Tower’s Motion to Repress and Expunge that portion of the Spring Term 2000 Grand Jury Report relating to Church & Tower, Inc. See Miami Herald Pub. Co. v. Marko, 352 So.2d 518 (Fla.1977); MPI v. Monroe County Grand Jury Report, 558 So.2d 139 (Fla. 3d DCA 1990); In re Grand Jury (Freeport School Project), 544 So.2d 1104 (Fla. 1st DCA 1989); and Moore v. 1986 Grand Jury Report, 532 So.2d 1103 (Fla. 3d DCA 1988).